### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| ALYECE CUMMINGS, ET AL., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| vs. | ) | NO.  CIV-16-0647-HE |
| | ) | |
| CHESAPEAKE ENERGY CORP., ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

The motions for admission *pro hac vice* [Doc. Nos. 39 and 40] of Gordon Zachary Novod, Esq., and Meagan Alicia Farmer, Esq., for leave to practice before the United States District Court for the Western District of Oklahoma are **GRANTED**, conditioned on the filing of their entry of appearance and registration for electronic case filing by the applicants within **seven (7) days** from entry of this order.   *See* LCvR83.4 and 83.2(g).

Information is available on the Court's website at www.okwd.uscourts.gov.

**IT IS SO ORDERED**.

Dated this 6th day of July, 2016.

JOE HEATON
CHIEF U.S. DISTRICT JUDGE